

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SUZANNE M. CASSIDY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 3:25-cv-502-LS/AB |
| | § | |
| LOWES HOME CENTERS, LLC, | § | |
| Individually, Jointly, and Severally, and/or | § | |
| KETER GROUP, INC., Individually, | § | |
| Jointly and Severally, and/or KETER | § | |
| GROUP INC., Individually, Jointly and | § | |
| Severally, and as Representative, and/or | § | |
| The Parent Company of a Subsidiary, | § | |
| KETER US INC., Individually, Jointly and | § | |
| Severally, and/or ADMAS | § | |
| MANUFACTURING CO., INC., | § | |
| Individually, Jointly and Severally, KETER | § | |
| GROUP INC., Individually, Jointly, and | § | |
| Severally, and as Representative, and/or | § | |
| The Parent Company of a Subsidiary | § | |
| ADAMS MANUFACTURING CO., Inc., | § | |
| Individually, Jointly and Severally, | § | |
| | § | |
| Defendants. | § | |

**DECLARATION OF NIR BEN DAVID**

I, Nir Ben David, affirmatively state as follows:

1.      My name is Nir Ben David, and I am the Chief Financial Officer at Keter US, Inc. ("Keter US"). I am over the age of 18 and duly qualified and authorized in all respects to make this Declaration. The statements herein are based on my personal knowledge and/or on my review of Keter US' regularly maintained business records, with which I am familiar in the ordinary course of my duties. All of the facts set forth are true and correct based on the information presently known and available to Keter US.

1

2.      I have been employed by Keter US since July 2021. In my role as Chief Financial Officer, I am familiar with the scope of Keter US' business operations, product lines, and channels of distribution.

3.      Keter US is a corporation organized under the laws of the State of Delaware with its principal place of business located at 6435 S Scatterfield Rd, Anderson, IN 46013.

4.      Keter US is the parent company of Adams Manufacturing Corp, which is a distinct and separate business entity organized under the laws of the State of Pennsylvania.

5.      I am aware Plaintiff Suzanne M. Cassidy ("Ms. Cassidy") filed a lawsuit against Keter US, among others, in Texas State court, Cause No. 2025DCV4186, on September 18, 2025, which was subsequently removed to the United States District Court for the Western District of Texas, El Paso Division, on October 29, 2025. The lawsuit is based on an alleged September 23, 2023, incident. Based on my review of the Original Petition, my understanding is Ms. Cassidy's lawsuit involves allegations of product defect in an Adams Manufacturing branded "resin patio stackable frame stationary conversation chair" (the "Product"), although Ms. Cassidy did not specify the exact model of the subject product. It appears the Product is a single-mold resin chair that does not require any assembly.

6.      Based on the allegations set forth in the Original Petition and information presently known and available to Keter US, it does not appear Keter US designed or manufactured the Product or altered, assembled, or modified the Product in any respect. Similarly, Keter US does not believe it marketed, advertised, sold, distributed, supplied, or otherwise placed the Product into the stream of commerce at any time prior to the alleged date of loss in this instant case on September 23, 2023, based on the description of the Product included in the Original Petition and the information presently known and available to Keter US. Consequently, based on the known information, Keter US was not in the chain of distribution of this Product at any time prior to the alleged date of loss in this instant case on September 23, 2023.

7.      As set forth in paragraph 3 above, Keter US is not incorporated in Texas and does not maintain its principal place of business in Texas and has never purposefully directed any conduct towards Texas related to the Product at any time prior to the alleged date of loss in this instant case on September 23, 2023, based on the information presently known about the Product.

8.      Based on the foregoing, including the allegations of the Original Petition and the information presently known and available to Keter US, Keter US has no contact, connection, or relationship with the State of Texas regarding the design, manufacture, marketing, sale, or distribution of the Product in connection with the alleged loss on September 23, 2023, nor did Keter US purposefully avail itself of the privilege of conducting activities in Texas with respect to the Product.

9.      The foregoing statements are true to the best of my knowledge and based upon my review of Keter US' records known and presently available that are maintained in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 21st day of November, 2025.

Nir Ben David
*Chief Financial Officer*
Keter US, Inc.